## ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY *v.* SOUTHERN EXPRESS COMPANY.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

## MEMPHIS & LITTLE ROCK RAILROAD COMPANY *v.* SOUTHERN EXPRESS COMPANY.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE 'EASTERN DISTRICT OF ARKANSAS.

## MISSOURI, KANSAS & TEXAS RAILWAY COMPANY *v.* DINSMORE, PRESIDENT & SHAREHOLDER IN ADAMS EXPRESS COMPANY.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF KANSAS.

Entered April 9, 1886.

The parties having filed a stipulation concerning the method of adjusting the accounts under the decree of the court the decree is modified in accordance therewith.

The judgment and decree in these cases were announced with the opinion of the court on the 1st March last. *Ante* 1–29. On the 9th April

MR. CHIEF JUSTICE WAITE announced as follows:

In pursuance of a stipulation of counsel for the respective parties filed in these cases, it is ordered by the court that the decrees entered by this court in these cases be, and they are hereby, amended by adding thereto the following:

It is further ordered that said reversal shall be without prejudice to the proceeding already had in adjusting the accounts between the parties of the business done while the injunction therein granted by that court was in force, but not to fix any

particular standard of compensation in respect of the transactions in question; and proceed with the adjusting of such accounts and to make proper orders for the speedy adjusting of the same, to the end that just compensation may be made to the defendant below on dismissing said bill for services performed pending the suit; and to that end the master heretofore appointed therein, or such other master as the court may appoint in his place, may consider all the proofs relevant thereto heretofore taken in the cause, whether before or since a final hearing, and such other proofs as may be adduced relating to the extent and value of the service rendered by the defendant below for the complainant, and the payments made on account thereof, and relating to such other matters, necessary to be inquired into, in order to adjust said accounts between the various parties, to the end that a proper final decree may be entered in accordance with the opinion of this court.